# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-707-GW(DTBx) | Date | September 15, 2017 |
| Title | *Edward Davis v. Landry's Inc., et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 14, 2017, Plaintiff Edward Davis filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for October 26, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on October 25, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

 

 

:

Initials of Preparer    JG