# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVIS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LANDRY'S, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. EDCV 17-707-GW(DTBx)<br><br>**ORDER OF DISMISSAL**<br><br>Filed: March 10, 2017<br>Removed: April 13, 2017 |

1 | The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant
2 | to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3 | prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own
4 | costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 16, 2017

_____
GEORGE H. WU, U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing **PROPOSED] ORDER OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                    */s/ Victoria C. Knowles, Esq.*
                                    Victoria C. Knowles, Esq.